COM.

v.

MOATE, V.

**1011 WDA 2016**

Superior Court of Pennsylvania.

07/14/2017

CP–12–CR–0000040–2014
(Cameron)

Affirmed

ADOPTION OF: K.O.K, minor

**Appeal of: I.K.S. et al.**
**1451 WDA 2016**

Superior Court of Pennsylvania.

07/14/2017

No. 14 O.C. of 2016
(Greene)

Affirmed

COM.

v.

**REYNOLDS, R.**
**1538 WDA 2016**

Superior Court of Pennsylvania.

07/14/2017

CP–56–CR–0000762–2014 (Somerset)

Affirmed

DELEON, B.

v.

WISE, E.

**1764 WDA 2016**

Superior Court of Pennsylvania.

07/14/2017

No. 11650–2013 (Erie)

Affirmed

COM.

v.

**PICKETT, A.**
**3484 EDA 2015**

Superior Court of Pennsylvania.

07/17/2017

CP–51–CR–0011067–2012 (Philadelphia)

Affirmed

COM.

v.

**HILL, M.**
**60 EDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–51–CR–0005356–2011 (Philadelphia)

Reversed/Remanded